# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 3, 2006

Chief Clerk
Circuit Court of the Second Circuit
120 High Street
Wailuku, Maui 96739

LEFT SIDE

Re:   CV 04-00518 HG-LEK
MICHAEL GAINES AND DANA ADAMS vs. COUNTY OF MAUI AND DOE DEFENDANTS 1 - 100

Dear Sir,

Please be advised that on January 3, 2006 this case was remanded to the Circuit Court of the Second Circuit, State of Hawaii. Enclosed is a certified copy of the **"Order Granting Defendant's Motion for Summary Judgment as to Plaintiffs' Federal Law Claim and Remanding State Law Claims** and a certified copy of the docket sheet.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

Enc: 1 volume case file

cc: counsel of record - David Gierlach/Moana Ramaya

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 0 9 2006
DISTRICT OF HAWAII

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: JAN - 5 2006   By: _____ J. Kaya

CV04-518

LEFT SIDE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Clerk
Circuit Court of the Second Circuit
120 High Street
Wailuku, Maui 96739
73

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon A. Cabos_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sharon A Cabos
C. Date of Delivery: 1/5/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0004 7319 1652

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540